NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEROME HARPER,                                         )
                                                      )
            Appellant,                                )
                                                      )
v.                                                    )        Case No. 2D17-3386
                                                      )
JAMES SIERRA, individually and as                     )
personal representative of the Estate                 )
of Rose Marie Sierra, deceased,                       )
                                                      )
            Appellee.                                 )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Williams, Judge.

Steven K. Teuber of Teuber Law, Pllc, Fort
Myers, for Appellant.

Bryan S. Kessler of Berg & Kessler, Venice,
for Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.